UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 5:00-CR-00373-002

ROBERT SIMPSON

FREDERICK J. SCULLIN, JR., SENIOR U.S. DISTRICT JUDGE

## ORDER

## MODIFICATION OF SUPERVISED RELEASE TERM

After reviewing the petition submitted by the U.S. Probation Office and hearing the arguments offered by counsel, this Court finds reasonable grounds for a modification of supervision. In accordance with the policy statement set forth in the U.S. Sentencing Guidelines 7B1.3(a)(2), this Court orders the conditions of supervised release be modified as follows:

1. You shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment.

All other terms of the original judgment remain the same.

SO ORDERED.

Dated: 22 May 2016
Syracuse, New York

Honorable Frederick J. Scullin, Jr.
Senior U.S. District Judge